UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 08-10032 |
| | | CHAPTER 13 |
| VALITA L. MCCALL | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917656 | $20.10 |

Creditor(s)
Health Alliance
3200 Burnett Avenue
Cincinnati, Ohio 45229

                                   Respectfully submitted,

                             /s/   Margaret A. Burks, Esq.
                                 Margaret A. Burks, Esq.
                                 Chapter 13 Trustee
                                 Attorney No. OH 0030377

                                 Francis J. DiCesare, Esq.
                                 Staff Attorney
                                 Attorney No. OH 0038798

                                 Karolina F. Perr, Esq.
                                 Staff Attorney
                                 Attorney No. OH 0066193

                                 600 Vine Street, Suite 2200
                                 Cincinnati, OH 45202
                                 (513) 621-4488
                                 (513) 621 2643 (Facsimile)
                                 mburks@cinn13.org - Correspondence only
                                 fdicesare@cinn13.org
                                 kperr@cinn13.org
                                 cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 22, 2011.

                                        /s/    Margaret A. Burks, Esq.
                                                   Margaret A. Burks, Esq.

Health Alliance  
3200 Burnett Avenue  
Cincinnati, Ohio 45229

Debtor(s) Counsel  
L. JOSHUA DAVIDSON, ESQ.  
8035 HOSBROOK ROAD  
SUITE 200  
CINCINNATI, OH  45236

Debtor(s)  
VALITA L. MCCALL  
10867 CORONA ROAD  
CINCINNATI, OH  45240

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
(service waived)